

SEP 11 2003

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> MONTROSE WHOLESALE CANDIES AND SUNDRIES, INC., an Illinois corporation, a/k/a MONTROSE WHOLESALE <br><br> Defendant. | Civil Action No. 03C 4844 <br><br> Judge <br><br> Magistrate Judge JUDGE ASPEN <br><br> MAGISTRATE JUDGE KEYS <br><br> JURY DEMANDED |

**[FILED UNDER SEAL]**

## NOTICE OF CLAIMS INVOLVING TRADEMARKS PURSUANT TO LOCAL RULE 3.4 AND 15 U.S.C. § 1116(c)

Pursuant to the requirements of Local Rule 3.4 of the United States District Court for the Northern District of Illinois, and 15 U.S.C. § 1116(c), Plaintiff Lorillard Tobacco Company files this Notice of its claims involving the following registered trademarks:

- United States Trademark Registration No. 1,108,876 for NEWPORT ;
- United States Trademark Registration No. 1,178,413 for Spinnaker Design;
- United States Trademark Registration No. 1,191,816 for NEWPORT and Design;
- United States Trademark Registration No. 1,920,066 for LORILLARD;
- United States Trademark Registration No. 2,600,870 for NEWPORT (stylized).



1

Respectfully submitted,

/s/ Joe Raune

John S. Pacocha
Kevin D. Finger
Jeffrey Mote
Cameron Nelson
Attorneys for Plaintiff
Lorillard Tobacco Company

GREENBERG TRAURIG, P.C.
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400
(312) 456-8435 (fax)

Dated: July 14, 2003

\\chi-srv01\180475v01

2