SEP 11 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> MONTROSE WHOLESALE CANDIES AND SUNDRIES, INC., an Illinois corporation, a/k/a MONTROSE WHOLESALE <br><br> Defendant. | 03C 4844 <br><br> Civil Action No. <br><br> Judge **JUDGE ASPEN** <br><br> Magistrate Judge **MAGISTRATE JUDGE KEYS** <br><br> JURY DEMANDED |

[FILED UNDER SEAL]

PLAINTIFF'S APPLICATION TO SEAL FILE PENDING HEARING ON *EX PARTE* SEIZURE ORDER AND TEMPORARY RESTRAINING ORDER

Plaintiff Lorillard Tobacco Company ("Lorillard") hereby requests that this Court seal the court file in this matter until such time as this Court conducts the hearing on Plaintiff's application for an *ex parte* seizure order, a temporary restraining order, an order to show cause for preliminary injunction, and for expedited discovery. If the Court grants the requested *ex parte* relief, Lorillard requests that the court file be sealed until the service and execution of the seizure order and temporary restraining order.

In this action, Lorillard is requesting *ex parte* relief for trademark counterfeiting pursuant to the Trademark Counterfeiting Act of 1984, 15 U.S.C. § 1116(d). Sealing of the file is necessary to prevent Defendant from learning of these proceedings prior to execution of the seizure and service of the temporary restraining order. If Defendant were to learn of these proceedings prematurely, the likely result would be the removal, destruction or other disposal of products bearing the counterfeit marks and relevant

1

documentary evidence, which would frustrate the purpose underlying the Trademark Counterfeiting Act and would interfere with this Court's power to grant relief.

A proposed Order Sealing File is submitted herewith.

*[signature]*

John S. Pacocha
Kevin D. Finger
Jeffrey Mote
Cameron Nelson
Attorneys for Plaintiff
Lorillard Tobacco Company

GREENBERG TRAURIG, P.C.
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400
(312) 456-8435 (fax)

Dated: July 14, 2003

\\chi-srv01\180471v01

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> MONTROSE WHOLESALE CANDIES AND SUNDRIES, INC., an Illinois corporation, a/k/a MONTROSE WHOLESALE <br><br> Defendant. | Civil Action 03C 4844 <br><br> Judge <br><br> Magistrate Judge JUDGE ASPEN <br><br> MAGISTRATE JUDGE KEYS <br><br> JURY DEMANDED |

[FILED UNDER SEAL]

[PROPOSED] ORDER SEALING FILE PENDING HEARING ON *EX PARTE* SEIZURE ORDER AND TEMPORARY RESTRAINING ORDER

Having reviewed Plaintiff's Application To Seal File Pending Hearing On *Ex Parte* Seizure Order And Temporary Restraining Order, and good cause appearing therefore,

**IT IS ORDERED** that the Court's file in this action shall be sealed pending the hearing on Lorillard Tobacco Company's *ex parte* application for a seizure order and a temporary restraining order.

Dated this ___ day of _____, 2003.

_____
United States District Judge

\\chi-srv01\180472v01