THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation, | ) ) ) | Case No. 03 C 5311 |
| *Plaintiff*, | ) ) | Consolidated with: |
| v. | ) ) ) | Case No. 03 C 4844 |
| MONTROSE WHOLESALE CANDIES AND SUNDRIES, INC., et al., | ) ) ) ) | Judge Aspen |
| | ) ) | Magistrate Judge Cole |
| *Defendants*. | ) ) | <u>JURY DEMANDED</u> |

## <u>MEMORANDUM OF JUDGMENT</u>

Judgment in favor of Plaintiff Lorillard Tobacco Company for attorneys' fees against Defendants Montrose Wholesale Candies & Sundries, Ray Hazemi and Sandra Hazemi was entered on August 21, 2007 in the amount of $836,195.07.

Dated: August 22, 2007

_____
The Honorable Marvin E. Aspen
United States Senior District Court Judge

Herbert H. Finn, ARDC 6205685
Howard K. Jeruchimowitz, ARDC 6243182
Jason B. Elster, ARDC 6289434
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400