# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation, | ) ) ) | Case No. 03 C 5311 |
| *Plaintiff,* | ) ) | Consolidated with: |
| v. | ) ) ) | Case No. 03 C 4844 |
| MONTROSE WHOLESALE CANDIES AND SUNDRIES, INC., *et al.*, | ) ) ) | Judge Aspen |
| *Defendants.* | ) ) ) ) | Magistrate Judge Cole |
| | | <u>JURY DEMANDED</u> |

## <u>MOTION FOR ENTRY OF FINAL JUDGMENT</u>

Plaintiff Lorillard Tobacco Company ("Lorillard"), by and through its undersigned counsel, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, respectfully moves this Court for entry of a final judgment against Montrose Wholesale Candies and Sundries, Inc. ("Montrose"), Ray Hazemi and Sandra Hazemi (collectively with Montrose, the "Montrose Defendants"). In support of its Motion, Lorillard states as follows:

1. Lorillard obtained a default judgment against the Montrose Defendants on August 21, 2006. (*See* August 21, 2006 Minute Order and Memorandum Order and Opinion (collectively, the "Default Judgment") at D.I. 284 and D.I. 287, respectively.)

2. The Default Judgment, *inter alia*, awarded Lorillard its reasonable attorneys' fees associated with its motion and referred the determination of an appropriate award to the Magistrate Judge. (*See* D.I. 284.)

3. On August 30, 2006, Lorillard moved for entry of a permanent injunction to bar the Montrose Defendants from distributing counterfeit goods bearing Lorillard's trademarks, and to recover attorneys' fees for the entire lawsuit. (*See* D.I. 289.) That motion was referred to the

Magistrate Judge on September 11, 2006, and the referral order specifically stated that "[t]he referral to Magistrate Judge Cole is enhanced to include plaintiff's motion for permanent injunction and award of attorney's fees and petition for fees associated with its motion to default Montrose defendants." (D.I. 301.)

4.  On December 13, 2006, the Magistrate Judge entered a Report and Recommendation granting Plaintiff's motion for a permanent injunction and indicating that he would supplement the Report to address the attorneys' fees sought by Plaintiff upon Plaintiff's filing of an appropriate fee petition. (*See* D.I. 326.) The Court adopted the Report and Recommendation and entered a permanent injunction in favor of Lorillard and against the Montrose Defendants on March 13, 2007. (*See* D.I. 346.)

5.  The Magistrate Judge issued a Report and Recommendation on July 27, 2007 awarding Lorillard its attorneys' fees in the amount of $836,195.07 ("Fee Award"). (*See* D.I. 364). On August 21, 2007, the Court adopted the Magistrate Judge's Report and Recommendation and entered the Fee Award in favor of Lorillard. (*See* D.I. 366.)

6.  On September 10, 2007, the Magistrate Judge issued a Report and Recommendation that Lorillard's Motion for Statutory Damages (D.I. 317) be granted in the amount of $2.5 million ("Statutory Damages Award"). (*See* D.I. 371-72.) On October 9, 2007, the Court adopted the Report and Recommendation and entered the Statutory Damages Award in favor of Lorillard. (*See* D.I. 385).

7.  The fee award and statutory damages award fully resolves Count I-III of the Second Amended Complaint. In conjunction with this Fee Award and Statutory Damages Award, Lorillard hereby dismisses Counts IV-VIII of its Second Amended Complaint.

8. The Court's attention to the preceding matters has resolved all issues pending before the Court. Therefore, Lorillard requests that the Court enter the attached proposed Final Judgment Order so that Lorillard can begin enforcement and collection of the final judgment.

WHEREFORE, Plaintiff Lorillard Tobacco Company respectfully requests that the Court enter final judgment in favor of Lorillard and against the Montrose Defendants jointly and severally in the amount of $3,336,195.07.

Respectfully submitted,

LORILLARD TOBACCO COMPANY

Dated: October 25, 2007

/s/ Jeffrey G. Mote
Herbert Finn (ARDC #6205685)
Jeffrey G. Mote (ARDC #6243534)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400 (tel)
(312) 456-8435 (fax)

Attorneys for Lorillard Tobacco Company